Date: 04/09/10                                                                                                                    Page: 1

# DIVIDENDS REMITTED TO THE COURT

Check Number 111 Dated 04/09/10
Case Number 09-32640 - BARTZ, FREDERICK J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712<br>    FINAL DISTRIBUTION<br>    3598 | 000011 | 43.33 | 2.18 |
| ---------- Remittance Total ---------- | | 43.33 | 2.18 |

John A. Hedback, Trustee

RECEIVED 10 APR 12 AM 10:51 U.S. BANKRUPTCY COURT ST. PAUL, MN

RECEIVED 10 APR 12 AM 10:52 U.S. BANKRUPTCY COURT ST. PAUL, MN